UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:10-cv-21431-LENARD/TURNOFF

LEONARD SIMKOVITZ,                                 :

                        Plaintiff,                 :

v.

                                      :

JETRAN INTERNATIONAL, LTD.,  et al

                                      :

                    Defendants.

_____:

**PLAINTIFF'S CORRECTED NOTICE OF FILING DISCOVERY**

NOTICE IS HEREBY GIVEN that the following discovery materials must be considered by the Court on a matter pending before the Court and have this day been filed in opposition to Defendants' Motion for Summary Final Judgment dated January 14, 2011, and for such other purposes as are permitted by law:

1.      Deposition Exhibit # 1 [DE001]: Letter dated 11/12/2002;

2.      Deposition Exhibit # 2 [DE002]: Larry Leech Report dated 11/18/2002;

3.      Deposition Exhibit # 3 [DE003]: Email dated 12/23/2002;

4.      Deposition Exhibit # 4 [DE004]: Letter dated 12/24/2002;

5.      Deposition Exhibit # 5 [DE005]: Letter dated 12/27/2002;

6.      Deposition Exhibit # 6 [DE006]: Letter dated 12/29/2002;

7.      Deposition Exhibit # 7 [DE007]: Letter dated 01/04/2003;

8.      Deposition Exhibit # 8 [DE008]: Letter dated 01/10/2003;

9.      Deposition Exhibit # 9 [DE009]: Sales Agreement dated 01/10/2003;

10.      Deposition Exhibit # 10 [DE010]: Sales Agreement dated 01/10/2003;

11.      Deposition Exhibit # 11 [DE011]: Email dated 01/22/23;

12.      Deposition Exhibit # 12 [DE012]: Parts List;

13.     Deposition Exhibit # 13 [DE013]: Fax dated 09/19/2003;

14.     Deposition Exhibit # 14 [DE014]: Letter dated 10/27/2003;

15.     Deposition Exhibit # 15 [DE015]: Fax dated 11/03/2003;

16.     Deposition Exhibit # 16 [DE016]: Fax dated 11/03/2003;

17.     Deposition Exhibit # 17 [DE017]: Fax dated 11/03/2003;

18.     Deposition Exhibit # 18 [DE018]: Warranty Bill of Sale;

19.     Deposition Exhibit # 19 [DE019]: Aircraft Bill of Sale dated 05/07/2003;

20.     Deposition Exhibit # 20 [DE020]: Aircraft Bill of Sale dated 06/02/2005;

21.     Deposition Exhibit # 21 [DE021]: Aircraft Bill of Sale dated 06/19/2009;

22.     Deposition Exhibit # 22 [DE022]: Letter dated 03/19/2004;

23.     Deposition Exhibit # 23 [DE023]: Letter dated 05/05/2004;

24.     Deposition Exhibit # 24 [DE024]: Israel Air Force Doc. No. 80.50.1;

25.     Deposition Exhibit # 25 [DE025]: Specification and Status Summary;

26.     Deposition Exhibit # 26 [DE026]: Employment Agreement;

27.     Deposition Exhibit # 27 [DE027]: Commission Agreement;

28.     Deposition of Morris Douglas Jaffe, Jr., taken on January 12, 2011;

29.     Affidavit of Leonard Simkovitz dated 01/27/2011;

30.     Affidavit of Carl H. Hoffman dated 01/28/2011.

DATED this 31st day of January, 2011.

 /s/ Carl H. Hoffman
Carl H. Hoffman
 chh@hoffhertz.com
HOFFMAN & HERTZIG, P.A.
901 Ponce de Leon Blvd., Suite 500
Coral Gables, Florida 33134
Telephone: 305-445-3100 x 104
Facsimile: 305-444-5656
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:10-cv-21431-LENARD/TURNOFF

LEONARD SIMKOVITZ,                      :

             Plaintiff,             :

v.                                      :

JETRAN INTERNATIONAL, LTD.,  et al

             Defendants.             :

_____:

## CERTIFICATE OF SERVICE

      I hereby certify that on January 31, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


          s/Carl H. Hoffman_____
          CARL H. HOFFMAN

<u>SERVICE LIST</u>

LEONARD SIMKOVITZ v. JETRAN INTERNATIONAL, LTD., et al.
CASE NO. 10-21431-CIV-LENARD/TURNOFF
United States District Court, Southern District of Florida

Richard L. Richards, Esq.
<u>rrichards@richpa.net</u>
RICHARDS & ASSOCIATES
232 Andalusia Avenue, Suite 202
Coral Gables, FL 33134
Telephone: 305-448-2228
Facsimile: 305-449-2229
Attorney for Defendants, Jetran
International, Ltd. & Jetran, LLC