11/12/2002 TUE 18:32 FAX ☒001/003



November 12, 2002

<u>Via fax 011 966 2 684 2785</u>

Mr. Nasser Al Mansour
Vice President Material Management
Saudia Arabian Airlines
Jedda
Saudia Arabia



DEPOSITION EXHIBIT
1

     RE: Purchase Offer Term Sheet for Two (2) Boeing 707-368C Aircraft, MSN 21081 and 21368.

Dear Mr. Al Mansour:

JETRAN INTERNATIONAL, LTD. (the "Buyer") is pleased to set forth the terms and conditions of this Indicative Purchase Offer to SAUDIA ARABIAN AIRLINES (the "Seller"):

| | |
|---|---|
| SELLER: | SAUDI ARABIAN AIRLINES (the "Seller") |
| BUYER: | JETRAN INTERNATIONAL, LTD. (the "Buyer") |
| AIRCRAFT: | Two (2) B707-368C Aircraft, each equipped with four (4) JT3D-3B engines as described on "Schedule A" with all pertinent records in SELLER'S possession describe in "Schedule B" to be confirmed by BUYER, required for BUYER to lease and/or operate the aircraft lawfully under the rules of the Federal Aviation Administration ("FAA") together with any and all related PRATT & WHITNEY JT3D-3B Engines, spare parts and related tools attributable to the aircraft (the "Aircraft"). |
| SALES PRICE: | US $ Two Million Five Hundred Fifty Thousand (US $2,550,000) for the entire package of Equipment payable in immediately available funds, paid as follows; |
| | US$ One Million Nine Hundred and Fifty thousand (US$1,950,000) for Aircraft MSN 21091 HM2 with the entire package of related |

12400 Hwy 281, North, Suite 150
San Antonio, Texas 78216
Telephone 210 495 7766  Fax 210 495 7799

Page 2

                                                                           4

spare parts, tools and Four(~~2~~) P&W JT3D-3B spare engines and two(2) APU'S.

US$ Six Hundred Thousand (US$ 600,000) for Aircraft MSN 21368 HM3.

**CLOSING DATE:** On or about December 30, 2002

**CLOSING LOCATION:** At a location to be mutually agreed by the parties. Seller shall not be liable for damages of any kind (including, but not limited to consequential damages) to Buyer or to any third party resulting from the late delivery of the Aircraft.

**COMMITMENT FEE:** Buyer shall pay a Commitment Fee of US $200,000, which shall be in the form of a certified comfort Bank letter acceptable to Seller or a Letter of Credit to be Valid for sixty days(60) from November 14 2002. issued in the name of Saudi Arabian Airlines, upon Seller's above offer acceptance notification to Buyer

**DELIVERY DATE:** On or before January 7, 2003

**DELIVERY LOCATION:** Jeddah, Saudi Arabia

**CONDITIONS TO SALE:**

1. The Aircraft shall be purchased "AS IS" "WHERE IS".

2. A definitive Aircraft Sale Agreement shall be executed between the parties not later than December 30, 2002, which shall incorporate the terms and conditions set forth therein together with such other terms and conditions as are customary in the aviation industry for transactions of this nature.

3. Seller shall deliver to Buyer on board the Aircraft all the spare parts, documents, tools and related material that can be safely carried on the Aircraft. Spare engines and other material which may not be able to be carried on the Aircraft will be

Page 3

                            shipped by SELLER in accordance to BUYER'S instructions at BUYER'S cost.

**TAXES – BUYER:** The Buyer shall pay any and all taxes and fee of whatever nature, including but not limited to sales, use, value added, gross receipts, excise, transfer and similar taxes which may be assess or levied against the Buyer or the Seller by any government entity of any country other than the Kingdom of Saudi Arabia with respect to this Agreement.

**TAXES – SELLER:** The Seller shall pay any and all taxes and fees of whatever nature, including but not limited to sales, use, value added, gross receipts, excise, transfer and similar taxes which may be assessed or levied against the Seller or the Buyer by any government entity of the Kingdom of Saudi Arabia with respect to this Agreement.

**CONFIDEN-TIALITY:** Each party shall keep the terms of the offer confidential and not disclose such terms to any third party, except: (1) attorneys and professional advisors whose profession imposes a duty on them to treat such information as confidential and (2) as required by law.

**TRANSACTION EXPENSES:** Each party shall bear its own expenses associated with negotiating and documenting this transaction.

**APPLICABLE LAW:** Kingdom of Saudi Arabia.

The above offer shall expire at 5:00P.M., San Antonio, Texas time on December 12, 2002 if not accepted prior to that time by Seller.

Best regards,

JETRAN INTERNATIONAL, LTD.
By: JETRAN, LLC, Its General Partner

By: _____
     Leonard Simkovitz
     Executive Vice President

Page 4

## SCHEDULE A

Page 4

11/11/2002 MON 11:26 FAX                                                                 @001/001

B707 LIST                                                                         Page 1 of 3



### B707-368(C) - VIP CONFIGURATION

**Two aircraft available in stately VIP configuration with plenty of room for guest, staff and luggage.**

| REG NO | SERIAL NO | MFG DATE | TOTAL HOURS | TOTAL CYCLES | LAST D-CHECK | HRS SINCE LAST D-CHECK | CYCLE SINCE LAST D-CHECK | CERT. SEATS FOR T/O & LDG |
|---|---|---|---|---|---|---|---|---|
| HZ-HM2 | 21081 | SEP 1975 | 17,024 | 7,837 | JUL 1999 | 3,889 HR | 1,794 C | 69 |
| HZ-HM3 | 21368 | JUN 1977 | 21,896 | 9,509 | MAR 1997 | 5,862 HR | 2,083 C | 59 |

Click here for further details:   B707 DETAILS

### B707-368(C) Equipment

| # | DESCRIPTION | MANUFACTURER |
|---|---|---|
| 1 | VFH COMM (8.33 Khz Compliant) | COLLINS |
| 2 | VHF NAV (VOR/ILS) | COLLINS |
| 3 | ADF | COLLINS |
| 4 | ATC TRANSPONDER (Mode S) | COLLINS |
| 5 | DME | COLLINS |
| 6 | HF ( 400 Watts) | COLLINS |
| 7 | MARKER BEACON | COLLINS |
| 8 | RADIO ALTIMETER | COLLINS |
| 9 | P.A. SYSTEM | COLLINS |
| 10 | WEATHER RADAR | ALLIED SIGNAL |
| 11 | AIR DATA COMPUTER | HONEYWELL |
| 12 | ALTITUDE ALERT | HONEYWELL |
| 13 | INS (LTN72R) | LITTON |
| 14 | COCKPIT VOICE RCDR | FAIRCHILD |
| 15 | FLIGHT DATA RCDR | SUNDSTRAND |
| 16 | SELCAL | MOTOROLA |
| 17 | GPWS | SUNDSTRAND |
| 18 | AUTOPILOT (PB20) | BENDIX |
| 19 | TCAS II ( Ver.7.0, ACAAS II) | COLLINS |
| 20 | ANNOOUNCEMENT TAPE REPRODUCER | MATSUSHITA |

Page 5

## SCHEDULE B

A) Airworthiness directive compliance list defining which AD's have been terminated and which are repetitive inspections; applicable to the airframe, engines, equipment, accessories, etc.

B) Maintenance Forecast for the next 15 months

C) Services bulletin compliance list, both Boeing and vendor, defining degree to which the bulletin was accomplished (terminated, inspection only, preventative modifications, rework, etc).

D) An index of list of engineering item/discrepancy repairs accomplished on each aircraft (E.O.'s E.A.'s, MOA's, etc). Copies of each individual engineering item/discrepancy repair, and any drawings to support the engineering item/discrepancy repair for the repair of any discrepancy that was outside of the requirements of the Boeing SRM and /or Boeing Service Bulletins.

E) A list and a copy of each supplemental type certificate against each aircraft.

F) Letter for "no accident or incident report" <u>for each aircraft and engine.</u>

G) If applicable, a detailed report of major incident and accident on each aircraft.

H) List of rotable components by ATA complete with part numbers. In addition, the remaining flight hours to next overhaul will be provided for hard control components. Hours and cycles shall be provided for "on condition" or "condition monitoring" components.

I) A copy of the aircraft maintenance plan, intervals for each maintenance inspection, copies of all maintenance planning cards.

J) Saudia originated engineering orders and ER's, which were accomplished in the Aircraft.

K) Maintenance service letters released for the aircraft.

L) Engineering authorization released for the aircraft

M) List of all emergency equipment installed by name, part number and location.

Page 6

N) Copy of existing interior layout (LOPA).

O) Copies of aircraft maintenance manual, illustrated parts catalog, operations manual and supplements, weight and balance control and loading manual and supplements, current electrical diagrams, flight manuals and supplements, and current flight log.

P) Copies of engine maintenance records and back to birth traceability.

12/24/2002 TUE 10:42  FAX 2104957799                                                              ☑001

```
                    ***********************
                    ***   TX REPORT   ***
                    ***********************

       TRANSMISSION OK

       JOB NO.                4361
       DESTINATION ADDRESS    17138777192
       PSWD/SUBADDRESS
       DESTINATION ID
       ST. TIME               12/24 10:40
       USAGE T                01'56
       PGS.                   7
       RESULT                 OK
```

11/12/2002 TUE 18:32  FAX                                                                         ☑001/003



November 12, 2002

Via fax 011 966 2 684 2785

Mr. Nasser Al Mansour
Vice President Material Management
Saudia Arabian Airlines
Jedda
Saudia Arabia

      RE: Purchase Offer Term Sheet for Two (2) Boeing 707-368C Aircraft, MSN 21081 and 21368.

Dear Mr. Al Mansour:

JETRAN INTERNATIONAL, LTD. (the "Buyer") is pleased to set forth the terms and conditions of this Indicative Purchase Offer to SAUDIA ARABIAN AIRLINES (the "Seller"):

SELLER:          SAUDI ARABIAN AIRLINES (the "Seller")

BUYER:           JETRAN INTERNATIONAL, LTD. (the "Buyer")

AIRCRAFT:        Two (2) B707-368C Aircraft, each equipped with four (4) JT3D-3B engines as described on "Schedule A" with all pertinent records in SELLER'S possession describe in "Schedule B" to be confirmed by BUYER, required for BUYER to lease and/or operate the aircraft lawfully under the rules of the Federal Aviation Administration ("FAA") together with any and all related PRATT & WHITNEY JT3D-3B Engines, spare parts and related tools attributable to the