14/11 02  MON 19:53 FAX 351 1 757 6584        LARRY LEECH     0-0                          ☒001

TO: Leonard Simkovitz                                          November 18, 2002

FROM: Larry Leech

Dear Leonard,

Attached are the sheets on the 707 aircraft. Attached is the information you need to determine whether to go forward with the deal.

I will send the sheets with additional information on the aircraft by mail to you in Florida. The additional information will only be useful to you should go forward with the deal as it will help in planning the bridging check for each aircraft.

As I am not sure how clear the fax comes through I will also fax a copy of this to Texas so you won't have to re-fax.

I will have the information on the 737 and L1011 aircraft out to you tomorrow night.

Best Regards,

*Larry Leech*

Larry Leech

DEPOSITION EXHIBIT 2

Cover page + 9 pages

# SUMMARY

Lawrence Leech has been retained by JETRAN INTERNATIONAL, LTD to perform an aircraft condition inspection and audit of maintenance documentation on two B707-368F aircraft. The aircraft are currently owned by the Saudi Arabian Government and only used for movement of the Royal Family. Of the two aircraft HZ-HM2 is currently the only one in service. The other aircraft HZ-HM3 has been parked since April 2001 being due a 4C maintenance check. The aircraft are being inspected with a view to the suitability for purchase.

The aircraft were inspected at the Jeddah International Airport, Jeddah, Saudi Arabia on Sunday and Monday November 3rd and 4th. The available maintenance documentation was inspected at Saudi Arabian Royal Flight engineering facility at Jeddah Airport on Tuesday November 5th.

The aircraft were built by Boeing, with the first aircraft delivered in September 1975 and completing the production process on the second aircraft in June 1977. The Saudi Government has been the owner and operator of the aircraft since they were new. As of November 2002, HZ-HM2 has accumulated 17195 hours and 7959 cycles with HZ-HM3 accumulating 21896 hours and 9508 cycles.

The aircraft are currently configured in a VIP configuration. The maximum seating configuration according to the LOPA are HZ-HM2 69 seats and HZ-HM3 59 seats.

As HZ-HM2 is still operating VIP movements within the kingdom it is receiving excellent treatment by the Royal Flights maintenance group. No cost is spared with maintaining the aircraft and a soft life of 40% of the limit is applied to all Condition Monitoring parts to insure safety and reliability of the aircraft.
HZ-HM3 has been stored for a year and a half but is maintained on a daily basis in the event it should be needed for an emergency. No heavy inspections or maintenance has been accomplished but the engines are run on a regular basis. A 4C check is due with the "D" check being due in a year and a half. The 4C check would include the lesser C checks.

As the aircraft were originally built by Boeing as freighters and then delivered in passenger configuration, a review of the applicable freighter S.B.'s would need to be done to determine the current mod status of each aircraft if the decision were made to convert them to freighters. The cargo doors on both aircraft are fully operational but are de-activated when leaving heavy maintenance to prevent accidental opening during VIP movements. The doors are made operational during the heavy maintenance checks to comply with CPCP and SSI tasks. The addition of the APU in both aircraft presents a unique opportunity for the aircraft to operate into areas with a minimum amount of ground support.
An extensive inventory of spare parts will be included with the purchase and that list is currently under review to assure its accuracy. The list will be provided shortly by Saudi Arabian Airlines who controls the inventory for Royal Flights. Saudi Arabian Airlines purchases all parts for Royal Flights. As the government controls both Royal Flights and Saudi Arabian Airlines it is hard to distinguish where the real control comes from.

SUMMARY continued ...

## HZ-HM2

The aircraft documentation was reviewed and found to be detailed and up to date. All applicable AD have been complied with.
The aircraft has the CPCP and SSI items on a stand alone program due to the lack of opportunity to put the aircraft down for long periods of time. Task cards are done on an opportunity based program with interior items held to a minimum due to access. This causes some task to be accomplished early at heavy checks to keep them from falling due in between "C" checks. This causes the "D" check to be structurally heavy with inspections.

The aircraft is in excellent condition and is an exemplary example of this type and aged aircraft. The main areas centered on were:

a) the paint finish is dull but adhesion is good.
   Areas of the lower aft fuselage in the area of the lavatory servicing panel has had fasteners replaced and the white paint is mismatched;

b) the panels of the wing / fuselage fairing and engine cowls are streaked and indicate there have been hydraulic and engine oil leaks however no leaks are evident now.

c) toilet cabinets and toilet installations are in good condition;

d) seats are maintained to an excellent standard;

e) carpets are very plush but show moderate signs of wear;

f) the cabin interior is very plush and presents a good appearance.

g) The exterior presents a good appearance with only a few repair patches visible.

h) Cargo compartments are in good condition and show no signs of abuse.

i) All condition monitored components were overhauled at the last "D" check.

j) The cockpit is very clean and presents a good appearance.

k) The APU allows operations into remote places and the 400 watt HF allows the aircraft to communicate direct with the home base from very remote places.

l) the entertainment system is excellent and well maintained.

m) The multi-channel Satcom allows instant communications anywhere in the world .

This aircraft is in excellent condition and a suitable candidate for purchase. This aircraft would require only a limited amount of work for the bridging check for a new operator. The 4C check is due in July 2004. If the aircraft was put into a mod facility for conversion to cargo then the Boeing MPD would be followed for the bridging check.

## SUMMARY continued ...

### HZ-HM3

The aircraft documentation was reviewed and found to be detailed and up to date. All applicable AD have been complied with.

Both aircraft have the CPCP and SSI items on a stand alone program due to the lack of opportunity to put the aircraft down for long periods of time. Task cards are done on an opportunity based program with interior items held to a minimum due to access. This causes some task to be accomplished early at heavy checks to keep them from falling due in between "C" checks. This does cause the "D" check to be structurally heavy with inspections.

However, to summarize, the aircraft is in excellent condition and is an exemplary example of this type and aged aircraft. The main areas centered on were:

a) the paint finish is dull but adhesion is good. Areas of the L/H aft fuselage at the T/E of the wing have had fasteners replaced and the white paint is mismatched;

b) the panels of the wing / fuselage fairing and engine cowls are streaked and indicate there have been hydraulic and engine oil leaks however no leaks are evident now.

c) toilet cabinets and toilet installations are in good condition;

d) seats are maintained to an excellent standard;

e) carpets are very plush but show moderate signs of wear;

f) the cabin interior is very plush and presents a good appearance.

g) The exterior although covered with an accumulation of dust residue presents a good appearance with only a few repair patches visible.

h) Cargo compartments are in good condition and show no signs of abuse.

i) All condition monitored components were overhauled at the last "D" check.

j) The cockpit is very clean and presents a good appearance.

k) The APU allows operations into remote places and the 400 watt HF allows the aircraft to communicate direct with the home base from very remote places.

Overall, the aircraft is in excellent condition and a suitable candidate for purchase. This aircraft would require a 4C check with moderate to heavy CPCP and SSI inspections prior to being placed in service. The bridging check for the new operator would determine the extent of inspection required. If the aircraft are put into a mod facility for conversion to cargo then the Boeing MPD would be followed for the bridging check.

## COMMENTS

The two aircraft were in general terms found to be in very good condition and a very good representative example of 25 + year old aircraft. The main concern for these aircraft would be the requirement for Stage Three Compliant if operated in the US or Europe. The aircraft would be excellent candidates for Stage Three Hush Kits due to the low hours and cycles.

Should the decision be made to purchase and use the aircraft in their current configuration very little would have to be done to the interiors. The seats and seat covers are in good condition. The carpets are in good condition.

The dado panels, sidewall panels and ceiling panels are in good condition. All the furniture installed is kept in tiptop condition. Only HZ-HM2 has the Multi Channel SATCOM set up and in-flight entertainment system. Both aircraft have Airshow installed. The interior presents a very good appearance on both aircraft.

The aircraft have been maintained to a high quality standard that becomes apparent when looking at the maintenance performed as opposed to what the manufacturer recommends. Saudi Royal Flights only allows most components to achieve 40% of life when they are changed to insure reliability and safety. This is due to the repercussions when there is a delay or incident when a member of the Royal Family is onboard. This, I believe, translates into the fact that these aircraft will be a sound base for revenue generation once the aircraft are bridged to the new operators maintenance program.

The aircraft is suitable for the proposed transaction to use as a freighter or continue use as a VVIP aircraft.

# LANDING GEAR STATUS: HZ-HM2

Information on Landing Gear Presently Installed on Aircraft

| POSITION | PART NO | SERIAL NO. | TSN/ CSN | TSO | OVERHAUL INTERVAL | TIME REMAINING TO NEXT OVERHAUL |
|---|---|---|---|---|---|---|
| Nose | 65-27501-5 | 40662 | 17195 FH 7959 FC | 4153 FH | 14,000 FH | 9847 FH |
| LMG | 65-22110-33 | CPR-2137/900 | 17195 FH 7959 FC | 4153 FH | 14,000 FH | 9847 FH |
| RMG | 65-22110-34 | CPR-2138/900 | 17195 FH 7959 FC | 4153 FH | 14,000 FH | 9847 FH |

Landing Gears overhauled in September 1997
Landing Gears installed in July 1999
The aircraft was in "D" check at Al-Salam in Riyadh, Saudi Arabia from 27 May 97 to 27 July 99

## LANDING GEAR STATUS: HZ-HM3

Information on Landing Gear Presently Installed on Aircraft

| POSITION | PART NO | SERIAL NO. | TSN/ CSN | TSO | OVERHAUL INTERVAL | TIME REMAINING TO NEXT OVERHAUL |
|---|---|---|---|---|---|---|
| Nose | 65-27501-5 | 2439MS113 | 21896 FH 9508 FC | 5862 FH | 14,000 FH | 8138 FH |
| LMG | 65-22113-111 | R3829-SLN925 | 21896 FH 9508 FC | 5862 FH | 14,000 FH | 8138 FH |
| RMG | 65-22113-112 | R3830-SLN925 | 21896 FH 9508 FC | 5862 FH | 14,000 FH | 8138 FH |

Landing Gears overhauled in June 1996
Landing Gears installed in March 1997
The aircraft was in "D" check at Al-Salam in Riyadh, Saudi Arabia from 26 May 96 to 31 March 97

## ENGINE STATUS

**HZ-HM2**

| # | ENG S/N | TSN | CSN | TSO | CSO | OVERHAUL DATE |
|---|---------|-----|-----|-----|-----|---------------|
| 1 | P668883 | 14,745 | 6,893 | 3277 | 1220 | Sept 98 |
| 2 | P645800 | 48,554 | 21,568 | 309 | 205 | MAY 00 |
| 3 | P668886 | 16,359 | 7,462 | 1100 | 691 | JUL 00 |
| 4 | P668873 | 13,735 | 7192 | 959 | 591 | AUG 00 |

Engine Limiter

#1 engine 3471 cycles LP Turbine disk stage 4
#2 engine 4690 cycles compressor disk stage 2
#3 engine 2395 cycles compressor disk stage 16
#4 engine 1896 cycles compressor disk stage 16

| APU S/N | MANUFACTURE | INSTALLATION | TSN | TSO |
|---------|-------------|--------------|-----|-----|
| P-103 | 21 OCT 1975 | 11 FEB 2000 | 2,523 | 1,838 |

**HZ-HM3**

| # | ENG S/N | TSN | CSN | TSO | CSO | OVERHAUL DATE |
|---|---------|-----|-----|-----|-----|---------------|
| 1 | P668884 | 16,493 | 7,489 | 4,079 | 1,447 | OCT 95 |
| 2 | P668804 | 17,760 | 8,472 | 3,161 | 1,132 | MAR 99 |
| 3 | P668860 | 13,259 | 6,579 | 2,848 | 1,227 | AUG 97 |
| 4 | P668883 | 14,629 | 6,805 | 3,161 | 1,132 | SEP 98 |

Engine Limiter

#1 engine 828 cycles  compressor disk stage 16
#2 engine 6048 cycles compressor disk stage 14 & 15
#3 engine 3188 cycles compressor disk stage 16
#4 engine 3685 cycles compressor disk stage 16

| APU S/N | MANUFACTURE DATE | INSTALLATION DATE | TSN | TSO |
|---------|------------------|-------------------|-----|-----|
| P37018 | 30 SEP 1987 | 12 MAR 1999 | 1,789 | NEW |

SPARE ENGINES:

668857     TSN: 13009 CSN: 5742  TSO:3540 CSO: 1457 OVHL 20-JUNE-95
668866     TSN: 25028 CSN: 13790 TSO:3707 CSO: 1306 OVHL 16-APRIL-97
668874     TSN: 26039 CSN: 12670 TSO:2672 CSO: 1156 OVHL 7-JANUARY-00
668885     TSN: 15433 CSN: 7185  TSO: 952 CSO: 586  OVHL 3-AUGUST-00

Life Limited parts list to be provided by Royal Flights at a later date.

SPARE APU:

P-101     TSN: 1377 TSO: 651 RMNG HRS: 1749   OVHLD: 18-MAY-82
P-102     TSN:2760 TSO: 767 RMNG HRS: 1633   OVHLD: 26-JUNE-00



18/11 02 MON 19:55 FAX 351 1 757 6584        LARRY LEECH   0-0                      ☑010

