JETRAN International, Ltd

June 23, 2003

Leonard Simkovitz
Jetran International, Ltd
Miami. Florida.

RE: Sale Aircraft B 707-368C, MSN 21368     related engines and parts.

Leonard

Pursuant to our telephone conversation dated June 19, 2003, this letter will confirm our agreement wherein you will be paid a ~~five~~ three (3%) percent commission, paid immediately upon the sale of the above referenced aircraft, engines and related parts, for your efforts and intervention in the negotiation, whether the aircraft, engines and related parts are owned by Jetran International, Ltd. Or whomever Jetran assigns its ownership rights to subject aircraft, engines and parts. This commission is in addition to your current salary and other compensation and it relates solely to the above referred aircraft, engines and parts and commission shall be paid to you regardless of whoever is responsible for the subsequent sale of the aircraft, engines and parts and regardless of any commissions, if any, paid to third parties.

Best regards

By: _____
Jetran International LLC, Its General Partner

By: _____
M.D. Jaffe. Jr. C.E.O.

DEPOSITION EXHIBIT 27