UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 10-21431-CV-LENARD/TURNOFF

LEONARD SIMKOVITZ,

    Plaintiff,

v.

JETRAN INTERNATIONAL, LTD.,
et al.,

    Defendant,
_____/

## ORDER

THIS CAUSE is before the Court upon Plaintiff's Motion to Strike Defendant's Expert Witness, Randolph M. de Long **[DE34]**, an Order of Referral entered by the Honorable Joan A. Lenard **[DE35]**, and the Parties' Joint Notice of Moot Motion. **[DE 35]**.

Upon review of the Motion **[DE 34]**, the Notice **[DE35]**, the court file, and being otherwise duly advised in the premises, it is hereby **ORDERED AND ADJUDGED** that the Motion **[DE34]** is hereby **DEEMED MOOT**.

**PLEASE TAKE NOTICE** that a hearing previously scheduled to take place on **Friday, February 4, 2011 at 2:00 p.m.**, is hereby **CANCELLED**.

**DONE AND ORDERED** in Chambers at Miami, Florida on this __3__ day of February 2011.

                                              **WILLIAM C. TURNOFF**
                                              **UNITED STATES MAGISTRATE JUDGE**

cc:    Hon. Joan A. Lenard
         Counsel of Record